```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Steven Swan**

    **v.**                                                  Civil No. 07-fp-01

**Paul Barbadoro, et al.**


**O R D E R**

    I hereby recuse myself from this case as I am a named defendant.

    SO ORDERED.

                                                /s/Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

January 9, 2007

cc: Steven A. Swan, pro se