UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Steven A. Swan

    v.                                      Civil No. 07-fp-1

Paul J. Barbadoro, et al.

**RECUSAL ORDER**

The undersigned hereby recuse themselves from presiding over this case.

**SO ORDERED.**

January 10, 2007                    _/s/ Steven J. McAuliffe_
                                        Steven J. McAuliffe
                                        Chief Judge

January 10, 2007                    _/s/ Joseph A. DiClerico, Jr._
                                        Joseph A. DiClerico, Jr.
                                        United States District Judge

January 10, 2007                    _/s/ James R. Muirhead_
                                        James R. Muirhead
                                        United States Magistrate Judge

cc:   Steven A. Swan, _pro se_