```
                                        U.S. DISTRICT COURT
                                        DISTRICT OF N.H.
                                             FILED
         UNITED STATES DISTRICT COURT
          DISTRICT OF NEW HAMPSHIRE      2007 JAN 19 A 11: 21
```

Steven A. Swan

  v.                                        Civil No. 07-fp-1

Paul J. Barbadoro, et al.


### O R D E R

All of the judges in this district were recused from presiding over this case. Accordingly, the case shall be referred to the District of Maine; sitting by designation.

The recusal of all of the judges on this court gives rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. § 636(f). I therefore concur in the assignment of a magistrate judge from the designated district to perform the duties specified in 28 U.S.C. § 636(a)-(c).


**SO ORDERED.**

               _/s/ Steven J. McAuliffe_
               Steven J. McAuliffe
               Chief Judge

January 12, 2007

cc: Clerk, USDC, Maine
   Steven A. Swan, pro se

## Concurring Order

I concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge _Kravchuk_ is assigned to perform such duties under 28 U.S.C. § 636(a)-(c) as may be assigned to him by the district judge to whom this case is assigned.

_____
Chief Judge, Assignee District

Date: _1/17/07_

cc: Steven A. Swan, pro se