```
                                              U.S. DISTRICT COURT
                                              DISTRICT OF N.H.
                                                  FILED

                                              2007 MAR -7  P 12: 23
```

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Steven A. Swan

      v.                          Civil No. 07-cv-1-GZS

Paul J. Barbadoro, et al

## ORDER

I herewith approve the Report and Recommendation of Magistrate Judge Margaret J. Kravchuk dated February 8, 2007, no objection having been filed. The complaint is dismissed without prejudice.

SO ORDERED.

March 1, 2007

                                              George Z. Singal
                                              Chief Judge, Sitting by Designation

cc:    Steven A. Swan, pro se